# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Kee *also known as O.G.P, also known as Billy Bad Ass, also known as G.F, also known as 9 Tray, also known as Punisher, also known as Ali, also known as O.G. Pun, also known as Ali Talib Abdul Shakur Muslum*,<br>*Petitioner*<br>v.<br>B.M. Antonelli *Warden*,<br>*Respondent* | Civil Action No.    1:19-00217-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Charles Kee *also known as O.G.P, also known as Billy Bad Ass, also known as G.F, also known as 9 Tray, also known as Punisher, also known as Ali, also known as O.G. Pun, also known as Ali Talib Abdul Shakur Muslum*, shall take nothing of the respondent, B.M. Antonelli *Warden*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  September 11, 2019                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker
                                                                       _____
                                                                       *Signature of Clerk or Deputy Clerk*